NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1168

FAIRCHILD SEMICONDUCTOR CORPORATION,

Plaintiff-Appellee,

v.

THIRD DIMENSION (3D) SEMICONDUCTOR, INC.,

Defendant-Appellant.

Appeal from the United States District Court for the District of Maine in case no. 08-CV-158, Judge D. Brock Hornby.

ON MOTION

Before MAYER, SCHALL, and MOORE, Circuit Judges.

MOORE, Circuit Judge.

## O R D E R

Third Dimension Semiconductor, Inc. moves for reconsideration of the court's March 25, 2009 order denying its motion to stay all proceedings before the United States District Court for the District of Maine pending disposition of this appeal of a preliminary injunction. In the alternative, Third Dimension moves for "expedited oral argument."

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are denied.

FOR THE COURT

APR 3 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk



FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 03 2009

JAN HORBALY
CLERK

cc:   Robert H. Stier, Jr., Esq.
       Michael W. Shore, Esq.

s8